UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
July 25, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　v.

XXX SIQINAODE,

　　　　Defendant.

Case No. 2:24-mj-00091-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>XXX SIQINAODE</u> Case No. <u>2:24-mj-00091-DB</u> Charges <u>18 USC § 1956(h)</u> from custody for the following reasons:

| | |
|---|---|
| x | Release on Personal Recognizance |
| ____ | Bail Posted in the Sum of $ _____ |
| ____ | Unsecured Appearance Bond $ _____ |
| ____ | Appearance Bond with 10% Deposit |
| ____ | Appearance Bond with Surety |
| ____ | Corporate Surety Bail Bond |
| x | (Other): <u>Release forthwith today with terms of release. Furthermore, the defendant must make a phone call to Pretrial Services in Sacramento for intake on 7/26/2024 at 12:00 PM.</u> |

Issued at Sacramento, California on July 25, 2024 at 2:00 PM

Dated:　July 25, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE